IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-MJ-00190-SKO |
|---|---|
| Plaintiff, | ORDER THAT CASH BOND BE TRANSFERRED TO THE NORTHERN DISTRICT OF TEXAS |
| v. | |
| GRISELDASANTA CRUZ, Defendant. | |

On December 12, 2022, Defendant GRISELDA SANTA CRUZ was released on conditions, including a $3,000 cash bond. Plaintiff was also ordered to report to the United States District Court for the Northern District of Texas for further proceedings. On December 20, 2022, this Court transferred relevant documents to the District of Northern District of Texas. (ECF No. 8). On December 12, 2022, a cash bond of $3,000.00 was posted as to Griselda Santa Cruz.

Given that Mr. Simpkin's case is now pending before the Northern District of Texas, the Court orders the Clerk of the Court to transfer the $3,000 cash bond to the Northern District of Texas.

IT IS SO ORDERED.


Dated:  12/20/2022                       *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE

1